IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FITBIT INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 15-990-RGA |
| ALIPHCOM and BODYMEDIA INC., | : | |
| Defendants. | : | |

### ORDER

WHEREAS, the above-captioned case was stayed on January 6, 2016, due to a proceeding that is presently pending before the International Trade Commission ("ITC");

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "ITC" proceeding has been resolved so that this case may be reopened and other appropriate action may be taken.

January __, 2016
DATE

UNITED STATES DISTRICT JUDGE